UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID GLEN MOORE,

        Petitioner,

   v.

S. PEERY,

        Respondent.

No. 2:14-cv-1155 CKD P

ORDER

On May 9, 2014, petitioner filed a motion asking that the court toll the limitations period which would be applicable to a 28 U.S.C. § 2254 petition for writ of habeas corpus challenging his conviction. Nothing else has been filed. In order to commence a § 2254 action, petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases, and petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, petitioner's motion will be denied without prejudice. Petitioner will be provided the

/////

/////

/////

/////

1

opportunity to file his petition,[1] and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion for a "stay and abeyance" (ECF No. 1) is denied without prejudice;

2. Petitioner is granted thirty days from the date of service of this order to file a petition that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition must bear the docket number assigned this case; petitioner must file an original and two copies of the petition. Petitioner shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $5.00. Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed; and

3. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus, and the application to proceed in forma pauperis by a prisoner.

Dated: May 22, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
moor1155.nopet

---

[1] Petitioner states in his declaration attached to his motion (page 5, line 7) that he was convicted in Los Angeles Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction over a 28 U.S.C. § 2254 challenge to petitioner's conviction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County, which lies in the Central District of California. Id. at 499 n.15; 28 U.S.C. § 2241(d). Accordingly, it appears petitioner should file his habeas petition in the Central District. If petitioner files it here, the court will most likely transfer it to the Central District.