UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GLEN MOORE,<br><br>    Petitioner,<br><br>    v.<br><br>S. PEERY,<br><br>    Respondent. | No. 2:14-cv-1155 CKD P<br><br><br>ORDER |

On May 22, 2014, petitioner was granted thirty days to file a petition for writ of habeas corpus and an application to proceed in form pauperis. Petitioner was warned that failure to comply with the May 22, 2014 order would result in dismissal. Petitioner has not responded to the court's order. Accordingly, IT IS HEREBY ORDERED that this matter is dismissed without prejudice.[1]

Dated: July 7, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
moor1155.dis

---

[1] Petitioner has consented to all matters in this action being before a United States Magistrate Judge. See 28 U.S.C. 636(c).